JOHN B. JONES, Respondent, *v.* BEAVER NATIONAL BANK,
Appellant.

*Jones* v. *Beaver Nat. Bank*, 160 App. Div. 929, affirmed.
(Argued January 19, 1915; decided February 2, 1915.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the first judicial department,
entered January 30, 1914, affirming a judgment in favor
of plaintiff entered upon a verdict in an action to recover
a proportionate share in the distribution of the assets of
the Beaver National Bank in liquidation. The plaintiff
claimed that he was the owner and holder of ninety fully
paid shares of stock in the Beaver Bank, and by virtue of
and on the basis of such ownership was entitled to share

in the distribution of the assets in liquidation. The defendant in its answer set up a denial of the ownership in the plaintiff of ninety fully paid shares of stock, counterclaiming and alleging that the ninety shares referred to by the plaintiff were ninety shares issued to one S. A. McCartney, on which there was due and payable to the bank fifty-five dollars a share, with accrued interest.

*Saul J. Baron* for appellant.

*Manton W. Wyvell, Charles O. Maas* and *Joseph N. Tuttle* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, MILLER, CARDOZO and SEABURY, JJ.